IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON ALTENHOFEN** individually and for Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ENERGY TRANSFER PARTNERS, LP.,** )<br>)<br>Defendant. ) | 2:120cv200<br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 20th day of March, 2020, defendant having filed a Motion to Dismiss the Complaint with Brief in Support thereof,

IT IS HEREBY ORDERED that plaintiffs' response and brief in opposition thereto shall be filed on or before **April 16, 2020**.  Defendant shall file any reply brief on or before **April 23, 2020**.

s/ DAVID STEWART CERCONE<br>
David Stewart Cercone<br>
Senior United States District Judge

cc:   Michael A. Josephson, Esquire
      Andrew W. Dunlap, Esquire
      Carl A. Fitz, Esquire
      William Liles, Esquire
      Annette A. Idalski, Esquire
      Brian A Smith, Esquire
      Peter N. Hall, Esquire
      Keith E. Whitson, Esquire

(*Via CM/ECF Electronic Mail*)