UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ALTENHOFEN, individually and on behalf of all others similarly situated, *Plaintiff*, v. ENERGY TRANSFER PARTNERS, L.P., *Defendant*. | Civil Action No. 2:20-cv-00200-DSC<br><br>Judge David S. Cercone |

## CLEVELAND INTEGRITY SERVICES, INC.'S MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24(a) and 24(b), Cleveland Integrity Services, Inc. ("CIS") moves to intervene in *Altenhofen v. Energy Transfer Partners, L.P.*, Civil Action No. 2:20-cv-00200-DSC. For the reasons set forth in its accompanying memorandum, CIS respectfully requests that this Court grant its Motion to Intervene and add CIS as a party defendant in this case.

Respectfully submitted,

Date: March 30, 2020

*/s/ Ryan O. Hemminger*
Ryan O. Hemminger
PA ID. No. 200809
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(412) 261-1600 (phone)
(412) 227-5551 (fax)
rhemminger@leechtishman.com

-2-

Rachel B. Cowen, *Motion for Admission*
*Pro Hac Vice forthcoming*
Joseph K. Mulherin, *Motion for Admission*
*Pro Hac Vice forthcoming*
McDermott Will & Emery LLP
444 West Lake Street
Chicago, Illinois 60606
(312) 372-2000 (phone)
(312) 884-7700 (fax)
rcowen@mwe.com
jmulherin@mwe.com

**CERTIFICATE OF SERVICE**

    The undersigned does certify that on the 30th day of March 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

*/s/ Ryan O. Hemminger*
Ryan O. Hemminger
