IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON ALTENHOFEN** individually and for Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **ENERGY TRANSFER PARTNERS, LP.,** | ) ) |
| Defendant. | ) |

2:20cv200
**Electronic Filing**

# ORDER OF COURT

AND NOW, this 1st day of April, 2020,

IT IS HEREBY ORDERED that the Clerk of Court reassign this action to another member of the Court for all further proceedings.

s/ DAVID STEWART CERCONE
David Stewart Cercone
Senior United States District Judge

cc:  Michael A. Josephson, Esquire
     Andrew W. Dunlap, Esquire
     Carl A. Fitz, Esquire
     William Liles, Esquire
     Annette A. Idalski, Esquire
     Brian A Smith, Esquire
     Peter N. Hall, Esquire
     Keith E. Whitson, Esquire

(*Via CM/ECF Electronic Mail*)