UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| JASON ALTENHOFEN, Individually and For Others Similarly Situated,<br>    Plaintiff,<br><br>v.<br><br>ENERGY TRANSFER PARTNERS, L.P.,<br>    Defendant. | Case No. 2:20-cv-200-CB<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**CLASS ACTION/FED. R. CIV. P. 23** |

## NOTICE OF FILING NOTICES OF CONSENT

Plaintiff hereby submits the attached notices of consent:

1. Bowman, Derek
2. Nimmo, Nicholas
3. Smith, Carl

Respectfully submitted,

By: /s/ *Michael A. Josephson*

**Michael A. Josephson**
PA Bar No. 308410
**Andrew W. Dunlap**
PA Bar 241078444
**Carl A. Fitz**
Texas Bar No. 24105863
**JOSEPHSON DUNLAP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
cfitz@mybackwages.com

**AND**

**Richard J. (Rex) Burch**
TX Bar No. 24001807
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**AND**

**Joshua P. Geist**
PA ID No. 85745
**GOODRICH & GEIST PC**
3634 California Ave.
Pittsburgh, Pennsylvania 15212
412-766-1455 – Telephone
412-766-0300 – Facsimile
josh@goodrichandgeist.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I served a copy of this document on all counsel of record via the Court's ECF system on April 10, 2020.

                */s/ Michael A. Josephson*
                **Michael A. Josephson**

**FAIR LABOR STANDARDS ACT EMPLOYMENT SERVICES CONSENT**

Print Name: Derek Bowman

1. I hereby consent to make a claim against _____Energy Transfer Partners_____ to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I designate the law firm and attorneys at JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH PLLC as my attorneys to prosecute and make decisions concerning my wage claims, the manner and method of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

3. I authorize the law firm and attorneys at JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH PLLC to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against _____Energy Transfer Partners_____.

4. I understand that, by filing this Consent Form, I will be bound by the Judgment of the Court or arbitrator on all issues in this case.

Signature: Derek Bowman (Apr 6, 2020)   Date Signed: Apr 6, 2020

EXHIBIT 1

**FAIR LABOR STANDARDS ACT EMPLOYMENT SERVICES CONSENT**

Print Name: Nicholas Nimmo

1. I hereby consent to make a claim against ___Energy Transfer Partners___ to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I designate the law firm and attorneys at JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH PLLC as my attorneys to prosecute and make decisions concerning my wage claims, the manner and method of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

3. I authorize the law firm and attorneys at JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH PLLC to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against ___Energy Transfer Partners___.

4. I understand that, by filing this Consent Form, I will be bound by the Judgment of the Court or arbitrator on all issues in this case.

Signature: *Nicholas Nimmo (Apr 8, 2020)*    Date Signed: Apr 8, 2020

EXHIBIT 2

**CONSENT TO JOIN WAGE CLAIM**

Print Name: Carl W. Smith, Jr.

1. I hereby consent to participate in a collective action lawsuit against Energy Transfer to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the Representative Plaintiff and the law firm and attorneys at JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH PLLC as my attorneys to prosecute and make decisions concerning my wage claims, the manner and method of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

4. I authorize the law firm and attorneys at JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH PLLC to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

5. I understand that, by filing this Consent Form, I will be bound by the Judgment of the Court on all issues in this case.

Signature: *Carl W. Smith, Jr.* (Apr 6, 2020)

Date Signed: Apr 6, 2020

EXHIBIT 3