UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| JASON ALTENHOFEN, Individually and For Others Similar Situated, </br></br>        Plaintiff, </br></br>v. </br></br>ENERGY TRANSFER PARTNERS, L.P., </br></br>        Defendant. | Case No. 2:20-cv-200-DSC |

## **DEFENDANT'S MOTION FOR WITHDRAWAL OF ATTORNEY PETER N. HALL**

COMES NOW Defendant Energy Transfer Operating L.P. ("Energy Transfer") and files this Motion for Withdrawal of Attorney Peter N. Hall. Mr. Hall is no longer employed at Chamberlain, Hrdlicka, White, Williams & Aughtry. Energy Transfer and all counsel of record have been notified of Mr. Hall's withdrawal by current counsel for Energy Transfer. Accordingly, Energy Transfer requests entry of an Order granting Mr. Hall's withdrawal. Energy Transfer's counsel is unchanged in all other respects and Annette A. Idalski will continue as attorney-in-charge.

.

[*Signature on Following Page*]

1

**CHAMBERLAIN HRDLICKA**
 **WHITE WILLIAMS & AUGHTRY**


By: *s/ Annette A. Idalski*
Annette A. Idalski (*pro hac vice*)
Brian A. Smith (*pro hac vice*)
191 Peachtree Street, N.E., 46th floor
Atlanta, GA 30303-1747
Telephone: (404) 658-5386
Annette.idalski@chamberlainlaw.com
brian.smith@chamberlainlaw.com

**SCHNADER HARRISON SEGAL & LEWIS LLP**
Keith A. Whitson
PA ID No. 69656
kwhitson@schnader.com
120 Fifth Avenue
Suite 2700
Pittsburgh, Pennsylvania 15222
Telephone: (412) 577-5200
Facsimile: (412) 765-5190

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that on April 21, 2020, I served filed the foregoing with the Court's CM/ECF electronic filing system, which automatically generates notice and service upon all counsel of record.

By: */s/ Annette A. Idalski*
    Annette A. Idalski

3464499.V1