# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| JASON ALTENHOFEN, Individually and For Others Similar Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ENERGY TRANSFER PARTNERS, L.P., )<br>)<br>Defendant. )<br>) | Case No. 2:20-cv-200-DSC |

## [PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY PETER N. HALL

This matter comes before the Court on Defendant Energy Transfer Operating, L.P.'s (misidentified in the caption by its former name, Energy Transfer Partners, L.P.) Motion For Withdrawal of Attorney Peter N. Hall (the "Motion"). Having considered the Motion, all attendant briefing, and the parties' reasoning, and being otherwise fully advised in the premises, the Court is of the opinion that the Motion should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that Mr. Hall is terminated from this case.

**SO ORDERED** this _____ day of _____, 2020.

_____
Honorable Cathy Bissoon

3469098.v1