# Exhibit B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| JASON ALTONHOFEN, NICHOLAS NIMMO, DICKIE FOSTER, AND GARY SLAID, Individually and For Others Similar Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ENERGY TRANSFER PARTNERS, L.P.,<br><br>    Defendant. | Case No. 2:20-cv-200 |

## DECLARATION OF TRACEY BARNETT

1. My name is Tracey Barnett. I am over 18 years of age and competent in all respects to make this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of the facts in this declaration, can testify to their accuracy, and make this statement voluntarily.

2. I am the Finance and Administrative Manager for Complete Field Services.

3. Complete Field Services provides oil and gas pipeline inspection services. It employs a wide range of inspection personnel who provide inspection services to Complete Field Services' customers.

4. Energy Transfer Partners, L.P. ("Energy Transfer") is one of Complete Field Services' customers.

5. Complete Field Services contracts to provide inspection services Energy Transfer requests. Complete Field Services provides the employees, equipment, and knowhow to complete the inspection services for which it contracts.

6. Energy Transfer pays Complete Field Services a stipulated rate to compensate Complete Field Services for the services it provides. Complete Field Services, in turn,

1

compensates its employees who are assigned to its specific client projects pursuant to the terms of their employment.

7. Complete Field Services hired Gary Slaid ("Slaid") as a Utility Inspector on or around June 5, 2015. Slaid subsequently left Complete Field Services' employment on June 9, 2016. Slaid was rehired on May 15, 2017 and employed until July 16, 2017.

8. Complete Field Services assigned Slaid to provide inspection services on Complete Field Services' behalf to Energy Transfer from June 2015 until the end of his employment. Complete Field Services assigned Slaid to provide inspection services at a project work site in Ohio.

9. Complete Field Services paid Slaid for all work he performed on behalf of Complete Field Services.

10. Slaid's employment with Complete Field Services ended on or around July 16, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of May, 2020.

3492076.V1

_____
Tracey Barnett