**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

|  |  |
|---|---|
| JASON ALTENHOFEN, DICKE FOSTER, GARY SLAID, and NICHOLAS NIMMO, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | Civil Action No. 2:20-cv-00200-CB |
| v. | Judge Cathy Bissoon |
| ENERGY TRANSFER PARTNERS, L.P., | |
| *Defendant*. | |

<u>**CLEVELAND INTEGRITY SERVICES, INC.'S MOTION TO INTERVENE**</u>

Pursuant to Federal Rule of Civil Procedure 24(a) and 24(b), Cleveland Integrity Services, Inc. ("CIS") moves to intervene in *Altenhofen v. Energy Transfer Partners, L.P.*, Civil Action No. 2:20-cv-00200-CB.  For the reasons set forth in its accompanying memorandum, CIS respectfully requests that this Court grant its Motion to Intervene and add CIS as a party defendant in this case.

June 3, 2020

Respectfully submitted,

Cleveland Integrity Services, Inc.

<u>/s/ Rachel B. Cowen</u>

Ryan O. Hemminger
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(412) 261-1600 (phone)
(412) 227-5551 (fax)
rhemminger@leechtishman.com

Rachel B. Cowen
Joseph K. Mulherin
McDermott Will & Emery LLP
444 West Lake Street
Chicago, Illinois 60606
(312) 372-2000 (phone)
(312) 884-7700 (fax)
rcowen@mwe.com
jmulherin@mwe.com

## CERTIFICATE OF SERVICE

The undersigned does certify that on the 3rd day of June 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

/s/ Rachel B. Cowen
Rachel B. Cowen

PD.23749242.1