UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| JASON ALTENHOFEN, DICKE FOSTER, GARY SLAID, and NICHOLAS NIMMO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ENERGY TRANSFER PARTNERS, L.P.,<br><br>*Defendant*. | Civil Action No. 2:20-cv-00200-CB<br><br>Judge Cathy Bissoon |

**CYPRESS ENVIRONMENTAL MANAGEMENT-TIR, LLC's MOTION TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24(a) and 24(b), Cypress Environmental Management-TIR, LLC ("CEM-TIR") moves to intervene. Good grounds for this Motion are set forth in its accompanying memorandum.

On those grounds, CEM-TIR asks that it be added as a party defendant in this case.

Date: October 2, 2020

Respectfully submitted,

Cypress Environmental Management-TIR, LLC

/s/Ryan O. Hemminger

Ryan O. Hemminger
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(412) 261-1600 (phone)
(412) 227-5551 (fax)
rhemminger@leechtishman.com

      Rachel B. Cowen, *pro hac vice forthcoming*
      J. Barrick Bollman, *pro hac vice forthcoming*
      McDermott Will & Emery LLP
      444 West Lake Street
      Chicago, Illinois 60606
      (312) 372-2000 (phone)
      (312) 884-7700 (fax)
      rcowen@mwe.com
      jbollman@mwe.com

## CERTIFICATE OF SERVICE

The undersigned does certify that on the 2nd day of October 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

      /s/ Ryan O. Hemminger
      Ryan O. Hemminger